IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE JESUS NUNEZ, JR.,

    Defendant.

Case No. 1:15-cr-1348-JMC

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE SENTENCING

On June 14, 2018, Defendant filed an Unopposed Motion to Continue Sentencing. In that motion, Defendant states his counsel needs additional time to draft a sentencing memorandum and has requested documents from Mexico which may be used as exhibits in the sentencing memorandum. The sentencing hearing in this matter currently is scheduled on June 20, 2018. Defendant's counsel represents that the United States does not oppose the motion to continue the sentencing hearing in this matter.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Unopposed Motion to Continue Sentencing (Doc. 48) and CONTINUES GENERALLY Defendant's Sentencing Hearing.

IT IS SO ORDERED.

Entered for the Court
this the 14th day of June, 2018

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation